IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-HC-2068

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ROY GREEN, | ) |
| Reg. No. 21545-044, | ) |
| | ) |
| Respondent. | ) |

This matter is before the court on the 27 July 2011 letter written by Assistant United States Attorney Patricia A. Donahue for the Central District of California. The letter requests that family members of one of respondent's alleged victims be permitted to view the civil commitment proceedings set for 1 August 2011 in the above-captioned case via closed circuit television from locations in California and Texas. The court finds it appropriate to treat the 27 July 2011 letter as a motion to view the civil commitment proceedings. For good cause shown, the motion is GRANTED, subject to working out the technical matters involved.

This _28_ July 2011.

W. EARL BRITT
Senior United States District Judge